AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Caneisha Mills, et al.

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia

Case: 1:08-cv-01061
Assigned To : Leon, Richard J.
Assign. Date : 6/20/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA
serve: Peter Nickles, Interim D.C. Attorney General
441 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Messineo
Mara Verheyden-Hilliard
Partnership for Civil Justice
617 Florida Avenue, NW
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**         JUN 2 0 2008

CLERK                                    DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  June 20, 2008 |
| NAME OF SERVER (PRINT)  Radhika Miller | TITLE  Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personally served agent for defendant, Darlene Fields at 4:10 pm on June 20, 2008. Additionally served with Complaint, Motion for Preliminary Injunction and Memorandum in Support of Motion for Preliminary Injunction at 441 4th St, NW Washington, DC 20001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 23, 2008    *Radhika Miller*
             Date              Signature of Server

3110 Mount Vernon Avenue
Apt. 608
Alexandria, VA 22305
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.