UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CANEISHA MILLS,** *et al.*, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 08-1061 (RJL) |
| **DISTRICT OF COLUMBIA,** | : |
| Defendant. | : |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk will kindly note the appearance of Thomas L. Koger as counsel for defendant, District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431

/s/ Thomas L. Koger
THOMAS L. KOGER, D.C. Bar No. 427921
Senior Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6610
Facsimile: (202) 727-3625
thomas.koger@dc.gov