UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CANEISHA MILLS,** *et al.*, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA,** : <br> : <br> Defendant. : | Civ. Action No. 08-1061 (RJL) |

## MOTION OF DEFENDANT DISTRICT OF COLUMBIA
## FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, District of Columbia ("District"), by and through undersigned counsel, respectfully moves this Court for an order, pursuant to Fed. R. Civ. P. 7(b)(1), enlarging by 30 days its time to answer or file a dispositive motion in response to the complaint herein.

Plaintiffs commenced this action on June 20, 2008, by filing their complaint and moving for a preliminary injunction. Defendant filed its opposition to Plaintiffs' motion on June 27, 2008. That motion is scheduled to be heard on July 9, 2008. Defendant's answer or motion in response to the complaint is currently due on July 10, 2008.

Undersigned counsel had scheduled his vacation for the week of June 30 – July 6, 2008 well in advance of the filing of the complaint and motion for preliminary injunction. Between the June 20, and the filing of the District's opposition to Plaintiffs' Motion For Preliminary Injunction, undersigned counsel prepared the District's opposition and attended to other legal matters requiring his attention prior to the commencement of his

vacation, but could not prepare the District's response to the 16-page, putative class action complaint.

Further, preparing the District's response to the complaint will foreeeably require the involvement of a number of high-ranking officials of the Metropolitan Police Department, whose availability is often subject to change without notice, by virtue of their law enforcement responsibilities.

In seeking an enlargement of 30 additional days to answer or file a dispositive motion in response to the complaint, the District is seeking a total of 50 days to respond – 10 days fewer than the time it is provided by rule to respond to complaints filed against it in D.C. Superior Court and 10 days less than the United States is provided, without enlargement, to respond to complaints in this Court.

The relief requested is not intended to nor is it reasonably likely to result in unfair prejudice to any party.

In accordance with LCvR 7(m) the District has requested Plaintiffs' consent to the relief requested hereby. Plaintiffs have declined to consent.

Accordingly, the District respectfully requests this Court to enlarge its time to answer or file a dispositive motion by 30 days, from July 10 to and including August 9, 2008.

                                        Respectfully submitted,

                                        PETER J. NICKLES
                                        Acting Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

<div style="margin-left: 3in;">

s/ Ellen A. Efros
ELLEN EFROS
Chief, Equity Section I

s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Litigation Counsel
Equity Section I
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 724-6610

Counsel for Defendant District of Columbia

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**CANEISHA MILLS, *et al.*,**

      **Plaintiff,**

      **vi.**            Civ. Action No. 08-1061 (RJL)

**DISTRICT OF COLUMBIA,**

      **Defendant.**
_____

## **ORDER**

Upon due consideration of the Motion Of Defendant District Of Columbia For Enlargement Of Time To Respond To Complaint, the opposition thereto, if any, the record herein, and the interests of justice and efficiency, it is this ____ day of July, 2008,

ORDERED that the motion is GRANTED: and it is further

ORDERED that the time within which the District of Columbia may answer or file a dispositive motion in response to the complaint is enlarged to and including August 9, 2008.

                                                          _____
                                                          RICHARD J. LEON
                                                          United States District Judge