UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANEISHA MILLS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 08-1061 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The District of Columbia requests the Clerk of the Court to please enter the appearance of Assistant Attorney General Chad Copeland as counsel for the District of Columbia in the above captioned-matter.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Assistant Deputy Attorney General
Chief, Equity Section I

_/s/ Chad Copeland_____
CHAD COPELAND[1]
Assistant Attorneys General
Civil Litigation Division
441 4th Street, NW
Suite 600 South
Washington, DC 20001

---

[1] DC Bar Application pending. Member of Texas Bar in good standing. Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Rules of the United States District Court for the District of Columbia Local Rules 83.2(d) and 83.2(e).

1