UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANEISHA MILLS, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1061 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CORRECTED AND
SUPPLEMENTED NOTICE OF FILING OF JULY 19, 2008 COMMANDER'S
REQUEST FOR ESTABLISHMENT OF NEIGHBORHOOD SAFETY ZONE
AND CHIEF'S AUTHORIZATION OF SAME**

Defendant District of Columbia ("the District") hereby respectfully submits copies of the July 19, 2008 Request by Metropolitan Police Department ("MPD") Fifth District Commander Lamar Greene for Establishment of Neighborhood Safety Zone (NSZ) ("Request") (Attachment 1) and of MPD Chief of Police Cathy L. Lanier's Declaration Establishing A Neighborhood Safety Zone ("Authorization"), issued July 19, 2008, in response thereto (Attachment 2).

As reflected in Commander Greene's Request, eight (8) persons were shot in five (5) separate incidents last night in the area of Trinidad comprising this NSZ. One of the shooting victims died from the wounds. In each instance, the shooters drove to the location of the shooting and escaped from the shooting location, and thereafter from Trinidad, in a motor vehicle, as described in the Request. These attacks occurred despite the substantial police presence in Trinidad that has been sustained for over a month.

In addition, a copy of the informational flier to be distributed to all drivers entering the NSZ checkpoints in accordance with Chief Lanier's Authorization is annexed (Attachment 3).

Further, this evening the MPD transmitted a Department-wide teletype to emphasize the revisions reflected in the MPD Special Order-08-06, revised July 18, 2008. This teletype, a copy of which is annexed as Attachment 4, also instructs MPD personnel to correct certain errors observed in the revised Special Order.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ELLEN EFROS [250746]
    Assistant Deputy Attorney General
    Chief, Equity Section I

    _/s/_Thomas L. Koger_____
    THOMAS L. KOGER [427921]
    Senior Assistant Attorney General
    Civil Litigation Division
    441 4th Street, NW
    Suite 600 South
    Washington, DC 20001
    Tel: (202) 724-6610
    Fax: (202) 727-3625
    thomas.koger@dc.gov

    Counsel for Defendant District of Columbia



*Fifth District*

1805 Bladensburg Road, NE, Washington D.C., 20002   (202) 698-0150

**July 19, 2008**

**MEMORANDUM**

**TO:**     Chief of Police

**THRU:**   Assistant Chief of Police
           Patrol Services and School Security Bureau

**FROM:**   Commander
           Fifth District

**SUBJECT:** Request for Establishment of Neighborhood Safety Zone (NSZ)

---

I am herein requesting your approval for the establishment of a Neighborhood Safety Zone to start today, July 19, 2008, pursuant to Metropolitan Police Department Special Order-08-06, *Neighborhood Safety Zones* (effective July 18, 2008). Despite a substantial police presence in Trinidad that has been sustained for over a month, there were multiple violent attacks in Trinidad early this morning. Preliminary investigations reveal the following:

On the morning of July 19, 2008, between the hours of 0100 to 0230 hours, a vehicle containing three subjects entered the Trinidad neighborhood and proceeded to the 1200 block of 16th Street, NE. While still in the vehicle, one or more of the subjects opened fire on a group of individuals standing at that location. Two individuals were struck by gunfire. The assailants then used the vehicle to flee the location and avoid apprehension.

Subsequent to this first shooting, two subjects in a gold automobile drove into the 1400 block of Staples Street in the Trinidad community. The subjects exited their vehicle and held guns to the heads of two individuals before shooting a third individual multiple times. The two gunmen then returned to their vehicle and used the vehicle to flee the scene of the shooting. The gunmen then drove to the 1500 block of Holbrook Street, exited their vehicle and shot 4 individuals, killing one. The gunmen again returned to their vehicle and drove away from the shooting location. They then proceeded in their vehicle to the 1100 block of Holbrook Street, and shot yet another individual. The suspects then used their vehicle to leave the Trinidad neighborhood and make good their escape. In all of these shootings, a motor vehicle was used by the assailants as a means to facilitate their violent crimes in the Trinidad neighborhood. The assailants

used vehicles not only to transit to the four different Trinidad locations where they committed their shootings, but also to flee from the scenes of each of the shootings.

As described above, it is clear that motor vehicles were a critical component in the attacks on the Trinidad neighborhood, its residents, and visitors. Based on the nature of these attacks; the need to protect residents of and visitors to Trinidad from further attacks of this kind; and the effectiveness of Neighborhood Safety Zones in preventing individuals without a legitimate purpose in a neighborhood from entering that area in a vehicle, I am requesting that the area described below, located in PSA 504, be declared a Neighborhood Safety Zone from July 19, 1008 to July 24, 2008, beginning at 1900 hours on July 19th and continuing through 1900 hours on July 24, 2008.

### Location
The Neighborhood Safety Zone will be in the neighborhood known as Trinidad:

Specifically from the intersection of Mt. Olivet Road, NE and Bladensburg Road, NE southbound to the intersection of Florida Avenue, NE, then proceeding westward on Florida Avenue, NE to the intersection of Trinidad Avenue, NE, and then north on Trinidad Avenue, NE to the intersection of Mt. Olivet Road, NE, then east to Bladensburg Road, NE.

### Entry Checkpoints
Neighborhood Safety Zone Entry Checkpoints within the NSZ will be conducted periodically throughout the five 24 hour periods.

### Purpose
The Neighborhood Safety Zone is being established to protect the Trinidad neighborhood from further incidents of a very specific type of violent criminal activity and to provide high visibility police presence to achieve this objective. The establishment of the NSZ is attempting to achieve these goals to prevent criminal use of vehicles as instrumentalities of crime. The request is based on the above considerations relative to the Trinidad community:

The requested use of this proposed NSZ is intended to accomplish these objectives through its primary purpose of discouraging entry by motor vehicle into this heavily victimized area and discouraging entry by individuals intent upon committing acts of violence involving the use of a motor vehicle.

### Logistics
Consistent with Special Order-08-06, as revised July 18, 2008, MPD will notify the public of the existence and whereabouts of an NSZ, so that drivers can avoid it altogether. Officers staffing checkpoints will allow drivers to turn away from the checkpoint rather than submitting to queries regarding his/her reasons for wishing to drive into the NSZ. Persons may enter the NSZ on foot, including persons who have been turned away from the checkpoint, without being engaged at all by the police. This combination of factors is well-suited to non-intrusively discourage persons from

attempting to drive into the NSZ to commit acts of violence. Thus, the proposed NSZ implementation is not intended or anticipated to result in inquiries regarding criminal activities, much less searches of vehicles or their drivers or occupants, or arrests. It is not a purpose of the proposed NSZ to detect evidence of ordinary criminal wrongdoing.

Holbrook Street is a two way street running northwest to northeast direction from Florida Ave to Mt. Olivet Road and considered a major thoroughfare through the Trinidad community.

Checkpoints will be established at various points with in the 1300 to 1500 block on Holbrook Street at the intersections of Neal, Oates or Levis Streets. Vehicular traffic seeking to enter the NSZ will be briefly stopped in accordance with the NSZ protocol. All northwest and northeast traffic will be stopped on Holbrook Street prior to entering the NSZ. A patrol unit will provide perimeter security for all persons who elect to park and walk into the zone.

All checkpoints will be manned by at least five officers and one official at the rank of sergeant or above. At least one (1) officer from the involved PSA will support each Checkpoint. Each member will be trained in utilizing the NSZ protocol. All officials on the scene of the checkpoints shall have the NSZ fact sheets on their person.

### **Certification**
I hereby certify that:

- The NSZ will not unnecessarily interfere with routine community activities;

- There will be sufficient space for deploying members assigned to the NSZ;

- There will be sufficient space on the roadway for deploying one (1) or more marked Metropolitan Police Department vehicles such that the vehicle(s) are clearly visible;

- There will be sufficient space for deploying equipment to alert vehicle operators approaching the NSZ;

- NSZ operations will cause minimum delays to normal traffic patterns; and

- The area will permit a sufficient number of checkpoints for establishing an adequate perimeter.

The Neighborhood Safety Zone will be managed by a member the rank of Lieutenant or above.

## METROPOLITAN POLICE DEPARTMENT ▪ Washington, D.C.



## DECLARATION ESTABLISHING A NEIGHBORHOOD SAFETY ZONE

**Police District: 5D**         **Zone Number: 08-5D-02**         **PSA:   504**

**WHEREAS;**

Pursuant to Metropolitan Police Department Special Order 08-06, *Neighborhood Safety Zones*, effective July 18, 2008, the Chief of Police may establish vehicular checkpoints on streets in an area designated a Neighborhood Safety Zone (NSZ).

**WHEREAS;**

Pursuant to Special Order 08-06, Part V.A., data and information were supplied to me by Commander Lamar Greene, Fifth Police District ("NSZ Request") that supports the establishment of an NSZ in the following area:

The neighborhood known as Trinidad: specifically from the intersection of Mt. Olivet Road, NE and Bladensburg Road, NE southbound to the intersection of Florida Avenue, NE, then proceeding westward on Florida Avenue, NE to the intersection of Trinidad Avenue, NE, and then north on Trinidad Avenue, NE to the intersection of Mt. Olivet Road, NE, then east to Bladensburg Road, NE.

**WHEREAS;**

The primary purpose of the NSZ program, with its checkpoints, its brochure, its signage, and its attendant publicity is to discourage persons inclined toward committing acts of violence involving a motor vehicle from attempting to enter Trinidad, by alerting them to the existence of the program and increased police presence within the community and also by "fencing them out" physically, specifically in this instance, in response to the shootings that occurred at the 1200 block of 16th Street, NE; the 1400 block of Staples Street; the 1500 block of Holbrook Street; and the 1100 Block of Holbrook Street on July 19, 2008.

The primary purpose is not to gather evidence against drivers entering the checkpoint or to arrest them. In addition, the deployment of the NSZ with its informational components furthers MPD's purpose of informing the public driving in the Trinidad area about these recent shootings and of providing them an opportunity to voluntarily provide information to officers present at the checkpoints or through subsequent calls to an MPD hotline.

**NOW THEREFORE;**

I hereby authorize/approve the establishment of a Neighborhood Safety Zone ("NSZ"), in the area described above and in accordance with the attached NSZ Request. This authorization is based on the facts stated in the NSZ Request.

I also authorize/approve the Commander or designee to make a NSZ Entry Checkpoint and/or establish other NSZ Entry Checkpoints as necessary within the NSZ.

I am also specifically directing that members staffing NSZ Entry Checkpoints provide informational fliers to motorists seeking to enter the NSZ regarding the shootings described in the NSZ Request.

The Neighborhood Safety Zone is being established to protect the Trinidad neighborhood from further incidents of a very specific type of violent criminal activity and to provide high visibility police presence to achieve this objective. The establishment of the NSZ is attempting to achieve these goals to prevent criminal use of vehicles as instrumentalities of crime. The request is based on the above considerations relative to the Trinidad community:

The requested use of this proposed NSZ is intended to accomplish these objectives by discouraging entry by motor vehicle into this heavily victimized area and discouraging entry by individual's intent upon committing acts of violence involving the use of a motor vehicle.

This NSZ Entry Checkpoint is to be implemented and conducted in accordance with the requirements of Special Order-08-06 and particularly the explicit, neutral limitations on the conduct of individual officers set forth therein, which serve as standards constraining the exercise of discretion by officers staffing the NSZ Entry Checkpoint.

In authorizing the NSZ Entry Checkpoint, I note that Special Order-08-06 provides for MPD to notify the public of the existence and whereabouts of an NSZ Entry Checkpoint, so that drivers can avoid it altogether. Further, the Special Order requires the officers staffing the checkpoint to allow drivers to turn away from the checkpoint rather than submitting to queries regarding his/her reasons for wishing to drive into the NSZ Entry Checkpoint.

Persons may enter the NSZ Entry Checkpoint on foot, including persons who have been turned away from the checkpoint, without being engaged at all by the police. This combination of factors is well-suited to non-intrusively discourage persons from attempting to drive into the NSZ to commit acts of violence. Thus, the proposed NSZ Entry Checkpoint implementation is not intended or anticipated to result in inquiries regarding criminal activities, much less searches of vehicles or their drivers or occupants, or arrests. It is not a purpose of the proposed NSZ to detect evidence of ordinary criminal wrongdoing.

**NOW THEREFORE;**

I determine and declare that the area describe above shall be designated as an NSZ and that the respective Police Commander shall take all steps necessary to enforce the provisions of Special Order 08-06 in accordance with all other applicable directives and operational guidelines of the Metropolitan Police Department and all conditions stated herein.

**NSZ ESTABLISHED:**

**Boundaries of NSZ:**   See information above.

**Effective Dates and Times:**

This NSZ shall be enforced beginning at 1900 hours on July 19, 2008 and concluding at 1900 hours on July 24, 2008.

**District Commander:**

By memorandum of July 19, 2008, Commander Greene, Commanding Officer of the 5th District, Metropolitan Police Department, submitted a request for establishment of a Neighborhood Safety Zone in the area described above. The Commander's memorandum, including a map of the boundaries of the NSZ, is incorporated by reference as a part of this Declaration.

_____
Cathy L. Lanier
Chief of Police

Dated 7-19-08

**Metropolitan Police Department** 

# Information Flyer

On July 19, 2008, a 2002, Gold, Dodge – Intrepid bearing Maryland paper temporary tags drove into the Trinidad Area and was utilized in the shooting of six (6) people within the Trinidad Neighborhood of the District of Columbia.

At approximately 2:30 A.M. hours, a 13-year old boy was shot and killed in the 1400 block of Holbrook Street, NE.  Four (4) others were also wounded on Staples, Neal, and Holbrook Streets, NE.

**(Replica Pictures of Vehicle Used)**

**2002, Gold Dodge –Intrepid**

 

The Metropolitan Police Department is seeking the community's cooperation.  Anyone with information can report it to the Metropolitan Police Department on:

## CONTACT INFORMATION

Speak with a Metropolitan Police Department Detective on

(202) 727-9099

| Anonymous Telephone Number | Anonymous Text |
|---|---|
| 1-818-919-2476 | 50411 |

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse)<br>☐ | 2. TYPE ☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER<br><br>4. UNIT NUMBER<br>727-4129<br>5. ☐ NOT FOR THE PRESS | 6. DATE OF REQUEST<br>July 19, 2008<br>7. REQUESTING ELEMENT<br>Office of the General Counsel<br>8. ☐ FLASH TT REQUESTED |
|---|---|---|---|

| 9. TO | THE FORCE: Neighborhood Safety Zone UPDATE and Special Order Change | | |
|---|---|---|---|
| 10. NAME OF WANTED PERSON | 11. WANTED BY | | 12. CHARGE |
| 13. COMPLAINANT'S NAME | | 14. COMPLAINANT'S ADDRESS | |

15. DESCRIPTION OF WANTED PERSON OR MESSAGE

Tonight, at 1900 hours, the Chief of Police instituted a Neighborhood Safety Zone (NSZ) in the Trinidad neighborhood. The NSZ will be in effect through July 24, 2008.

Members are advised that the NSZ Special Order was amended and re-issued effective July 18, 2008. The Special Order can be found on the Department's Intranet. Important points and relevant changes included in the July 18, 2008 Special Order from the previous version are as follows:

- o An emphasis that the primary purpose *remains* not to make arrests or to detect evidence of ordinary criminal wrongdoing;
- o When an NSZ Entry Checkpoint is non-operational during the approved NSZ time period, a minimum of one (1) officer in a marked MPD vehicle, with emergency lights activated, shall be assigned to the primary Neighborhood Safety Zone Checkpoint Entry. However, that officer *shall not record* any information on vehicles entering the NSZ. All other staffing requirements in the NSZ remain the same; and
- o When inquiring as to a vehicle operator's reason for entering the NSZ, the operator must only provide information *reasonably* sufficient for the member to verify the accuracy of the reason for entry. Members are reminded that the inquiry is not to be unreasonably intrusive (*i.e.*, Do not question persons about political or religious beliefs or about group memberships). Members are not to travel to the location that an operator identifies as his or her destination.

*Chief CL*

| SENDER-BADGE-ORG. ELM. | AUTHORIZED BY-BADGE-ORG.ELM.<br>Terrence D. Ryan<br>General Counsel | BUREAU HEAD'S APPROVAL<br>Cathy L. Lanier<br>Chief of Police |
|---|---|---|

COMMUNICATIONS DIVISION USE ONLY

| REMARKS<br><br>Page 1 of 2 | DATE 7-19-08 |
|---|---|
| | FILE |
| | TELETYPE NUMBER |

Distribution:   1- Communications Division         2- Element File Copy

P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT - Washington, D.C. - REQUEST FOR TELETYPE MESSAGE

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse)<br>☐ | 2. TYPE ☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>July 19, 2008 |
|---|---|---|---|
| | | 4. UNIT NUMBER<br>727-4129 | 7. REQUESTING ELEMENT<br>Office of the General Counsel |
| | | 5.<br>☐ NOT FOR THE PRESS | 8.<br>☐ FLASH TT REQUESTED |

9. TO

**THE FORCE: Neighborhood Safety Zone UPDATE and Special Order Change**

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|
| 13. COMPLAINANT'S NAME | 14. COMPLAINANT'S ADDRESS | |

15. DESCRIPTION OF WANTED PERSON OR MESSAGE

Members who received a paper copy of the Special Order effective July 18, 2008 are directed to make the following pen and ink changes:

Page 7, Part V.M.8 shall read:

[The NSZ Manager shall] Ensure that each instance of a stopped vehicle is documented on a PD Form 76 (Stop or Contact Report) (Attachment C):

a. For vehicles that are denied entry, the PD Form 76 shall include the operator information, ~~vehicle description,~~ vehicle tag number, and reason for denial.

b. For vehicles that are permitted entry, and in cases where the operator elects to leave the Checkpoint without providing information, the PD Form 76 shall include the vehicle tag number~~, and where appropriate, the reason for entry~~.

Page 11, Part V.O.13 shall read:

[The Police District Commander shall] Ensure that no data gathered at NSZ checkpoints for completion of MPD Forms 76 is entered into any District of Columbia data processing system ~~of~~ _or_ electronic data entry system.

I am hereby authorizing the incorporation of these changes into the version of the July 18 Special Order available on the Department's Intranet.

| SENDER-BADGE-ORG. ELM. | AUTHORIZED BY-BADGE-ORG.ELM.<br>Terrence D. Ryan<br>General Counsel | BUREAU HEAD'S APPROVAL<br>Cathy L. Lanier<br>Chief of Police |
|---|---|---|

COMMUNICATIONS DIVISION USE ONLY

| REMARKS<br><br>Page 2 of 2 | DATE 7-19-08 |
|---|---|
| | FILE |
| | TELETYPE NUMBER |

Distribution:   1- Communications Division      2- Element File Copy