# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CANEISHA MILLS, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 08-1061 (RJL) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |

### DEFENDANT DISTRICT OF COLUMBIA'S PRAECIPE REGARDING CONCLUSION OF TRINIDAD NEIGHBORHOOD SAFETY ZONE EXTENDED JULY 24, 2008

Defendant District of Columbia ("the District") hereby respectfully submits this Praecipe to advise the Court of a change in status regarding the Neighborhood Safety Zone in the Trinidad neighborhood of Washington, DC, that had been extended for up to five days by Chief Lanier's July 24, 2008 Declaration Continuing A Neighborhood Safety Zone (ECF Doc. # 16-2).  Pursuant to a July 27, 2008 order by Chief Lanier, that Neighborhood Safety Zone was terminated at 0001 hours, this morning.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Assistant Deputy Attorney General
Chief, Equity Section I

_/s/_Thomas L. Koger_____
THOMAS L. KOGER [427921]
Senior Assistant Attorney General

Civil Litigation Division
441 4th Street, NW
Suite 600 South
Washington, DC 20001
Tel: (202) 724-6610
Fax: (202) 727-3625
thomas.koger@dc.gov

Counsel for Defendant District of Columbia