**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CANEISHA MILLS, ET AL. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>441 4th Street, N.W. )<br>Washington DC 20001 )<br>)<br>Defendant )<br>) | Civil Action No. 08-1061 (RJL) |

**PLAINTIFFS' PRAECIPE PURSUANT TO
JULY 30, 2008 STATUS HEARING**

As plaintiffs represented at the status hearing of July 30, 2008, plaintiffs view the pending matter to not be mooted by the fact that the District has modified certain ancillary provisions in the S.O. 08-06 without affecting its underlying constitutional infirmities and violations.

Plaintiffs are concerned by the prospect of delay in the adjudication of the preliminary injunction motion. Notwithstanding, in order to be responsive to the Court's directives and orders that plaintiffs should submit additional filings regarding modifications to the special order that occurred subsequent to the date of the filing of the original complaint, plaintiffs respectfully advise that by no later than August 14, 2008, plaintiffs shall file a supplemental pleading in this matter. Any supplement to the motion for preliminary injunction will be filed by that same date.

1

2

August 4, 2008                                    Respectfully submitted,


                                                        _/s/_____
Carl Messineo [450033]
Mara Verheyden-Hilliard [450031]
PARTNERSHIP FOR CIVIL JUSTICE
617 Florida Avenue, NW
Washington, D.C. 20001
(202) 232-1180
(202) 350-9557 fax