UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANEISHA MILLS, *et al*.          ) | |
|                                 ) | |
|         Plaintiffs,       ) | |
| v.                                ) | Civil Action No. 08-1061 (RJL) |
|                                 ) | |
| DISTRICT OF COLUMBIA              ) | |
|                                 ) | |
|        Defendant         ) | |

**PLAINTIFFS' CONSENT MOTION TO RESCHEDULE
STATUS CONFERENCE OF AUGUST 20, 2008
FOR AUGUST 15, 2008**

      Plaintiffs herein respectfully request the Court to reschedule the status conference currently set for August 20, 2008 at 11:00 am.  Plaintiffs are requesting this change due to plaintiffs' attorneys' obligations requiring them to be out of town.  Plaintiffs respectfully request the new date of Friday, August 15, 2008 at any time convenient for the Court.  Plaintiffs' counsel and Defendant's counsel are both available on that date.

      Counsel for the District has advised that the District consents to holding the status conference on August 15, 2008 with the provision that plaintiffs file their supplemental pleading as directed by the Court at the July 30, 2008 status conference, by 9:30 am on August 13 instead of August 14.  Plaintiffs consent to this provision.

      The relief requested will not prejudice any party.

1

2

August 6, 2008                                              Respectfully submitted,


                                                            _/s/_____
                                                            Carl Messineo [450033]
                                                            Mara Verheyden-Hilliard [450031]
                                                            PARTNERSHIP FOR CIVIL JUSTICE
                                                            617 Florida Avenue, NW
                                                            Washington, D.C. 20001
                                                            (202) 232-1180
                                                            (202) 350-9557 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANEISHA MILLS, *et al.*        ) | |
|             Plaintiffs,        ) | |
| v.        ) | Civil Action No. 08-1061 (RJL) |
| DISTRICT OF COLUMBIA        ) | |
|             Defendant        ) | |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion to Reschedule Status Conference of August 20, 2008 for August 15, 2008, it is this _____ day of _____, 2008, hereby

ORDERED that plaintiffs' motion is GRANTED; and it is further

ORDERED that the status conference previously scheduled for August 20, 2008 at 11:00 am is reset for August 15, 2008 at _____ am / pm; and it is further

ORDERED that plaintiffs will submit their supplemental pleading as directed by the Court at the July 30, 2008 status conference, by 9:30 am on August 13, 2008.

_____
RICHARD J. LEON
United States District Judge

1