UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANEISHA MILLS, *et al.*, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 08-1061 (RJL) |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION
TO STAY ITS OBLIGATION TO ANSWER OR OTHERWISE RESPOND
TO COMPLAINT PENDING STATUS CONFERENCE**

Defendant District of Columbia ("District") respectfully moves this Court pursuant to Fed. R. Civ. P. 1 and 6(b)(1) for an order staying the District's obligation to answer or otherwise respond to the Complaint herein pending the Status Conference in this matter currently scheduled for August 20, 2008, which Plaintiffs have moved the Court to reschedule for August 15, 2008.

Plaintiffs served and filed the Complaint herein on June 20, 2008. Through the Complaint, Plaintiffs challenge the constitutionality of the District's program for Neighborhood Safety Zone ("NSZ") checkpoints pursuant to Metropolitan Police Department Special Order SO-08-06, effective June 4, 2008. Plaintiffs simultaneously filed and served their Motion For Preliminary Injunction. The District, with Plaintiffs' consent, moved the Court for an enlargement to answer or otherwise respond to the Complaint. The Court granted the enlargement through August 11, 2008.

Having received briefs and other submissions relating to the preliminary injunction motion and the District's implementations of NSZ's and revisions to the NSZ Special Order, the

Court conducted a Status Hearing on July 30, 2008.  In that Status Conference, the Court asked Plaintiffs whether their request for injunctive relief were not moot, particularly as a result of revisions made by the MPD to SO-08-06 on July 18, and 24, 2008.  The Court further directed Plaintiffs to (1) submit a filing by August 4, 2008, reflecting whether they deemed the Complaint's injunctive relief request to be moot, and (2) to file, by August 11, 2008, an Amended or Supplemented complaint or a pleading explaining why the Complaint's injunctive relief request was not moot.  The Court further advised that, should Plaintiffs amend or supplement their Complaint, the Court would conduct another Status Conference at which it would determine how this matter is to proceed in light of the Amended or Supplemented Complaint.

By their August 4, 2008 Praecipe Pursuant To July 30, 2008 Status Hearing (Dkt. # 19), Plaintiffs have apprised the Court and Defendant that they will file a supplemented pleading by August 14, 2008.[1]  On August 5, 2008, the Court set a Status Conference for August 20, 2008. Plaintiffs have since moved the Court for an order rescheduling the Status Conference for August 15, 2008 and requiring Plaintiffs to submit their supplemental pleading by 9:30 a.m. on August 13, 2008.  (Dkt. 20).

In conferring, pursuant to LCvR 7(m), regarding Plaintiffs' motion to reschedule the Status Conference, the District sought Plaintiffs' consent to be relieved of its obligation to respond to the Complaint on August 11, and to answer or otherwise respond to the Supplemental Complaint ten days following the Status Conference, also in accordance with LCvR 7(m). Plaintiffs expressed their preference that the District respond to the Complaint on August 11, 2008.  Plaintiffs further requested that the District consent to an enlargement of their time

---

[1] Plaintiffs further averred that "[a]ny supplement to the motion for preliminary injunction will be filed by that same date." *Id.* at 1.

2

following the District's eventual response to then-pending Complaint to file supplemental submissions in support of their preliminary injunction motion.

In light of the Court's indication at the July 30, 2008 Status Conference of its intention to conduct another Status Conference at which the Court would determine how this matter is to proceed in light of an Amended or Supplemental Complaint, the District believes that it is appropriate to seek an order from the Court, staying the District's present obligation to respond to the Complaint by August 11, 2008.  The District has agreed to accommodate Plaintiffs' interests by reducing, from five calendar days to two, its time following Plaintiff's filing of their Supplemental Complaint to prepare for the Status Conference.

The District respectfully submits that to prepare and file an answer by August 11, 2008, to a Complaint that will be rendered a nullity by the filing of a Supplementeal Complaint on August 13, 2008 is inconsistent with the mandate of Rule 1, that the Federal Rules of Civil Procedure be "administered to secure the just, speedy, and inexpensive determination of every action."  This is true not only because an August 11, 2008 Answer would be rendered legally obsolete by the Supplemental Complaint, but also true because the filing of the Answer would trigger the "meet and confer" obligations of Fed. R. Civ. P. 26(f) and provide for the commencement of discovery.  The costs and burdens of discovery are not warranted by Plaintiffs' current facial challenge to the June 4, 2008 MPD Special Order-08-06.

For these reasons, the District respectfully moves this Court for an Order staying the District's obligation to respond to the Complaint until the Court has conducted a Status Conference herein,

                        Respectfully submitted,

                        PETER J. NICKLES
                        Acting Attorney General for the District of Columbia

>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>ELLEN EFROS [250746]
>Assistant Deputy Attorney General
>Chief, Equity Section I
>
>  /s/  Thomas L. Koger_____
>THOMAS L. KOGER [427921]
>Senior Assistant Attorney General
>
>  /s/ Chad Copeland_____
>CHAD COPELAND[2]
>Assistant Attorneys General
>Civil Litigation Division
>441 4th Street, NW
>Suite 600 South
>Washington, DC 20001
>Tel: (202) 724-6610
>Fax: (202) 727-3625

---

[2]    DC Bar Application pending.  Member of Texas Bar in good standing.  Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Rules of the United States District Court for the District of Columbia Local Rules 83.2(d) and 83.2(e).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CANEISHA MILLS,** *et al.*, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 08-1061 (RJL) |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| Defendant. : | |

# ORDER

Upon due consideration of Defendant District Of Columbia's Motion To Stay Its Obligation To Answer Or Otherwise Respond To Complaint Pending Status Conference, the opposition thereto if any, the interests of justice, and the interests of efficiency, it is this _____ day of August, 2008,

ORDERED that the Defendant's motion is GRANTED, and it is further

ORDERED that the District's obligation to respond to the Complaint in this matter is hereby stayed pending further order of this Court.

_____
RICHARD J. LEON
United States District Judge

<u>Serve upon:</u>
All Counsel of Record