UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANEISHA MILLS, *el al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Civil Case No. 08-cv-1061(RJL)** |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| **Defendants.** | ) |

<u>ORDER</u> ✔
(September **3** , 2008)

Upon consideration of plaintiffs' Supplemental Pleading [Dkt. #23] and plaintiffs'

Filing Regarding Supplemental Pleading [Dkt. #26], it is hereby

**ORDERED** that the Court will accept and treat plaintiffs' Supplemental Pleading

as a supplement to plaintiffs' Complaint [Dkt. #1] pursuant to Federal Rule of Civil

Procedure 15(d); and it is further

**ORDERED** that the defendant shall file by September 15, 2008 a responsive

pleading pursuant to Federal Rule of Civil Procedure 8 in response to plaintiffs'

Supplemental Pleading.

**SO ORDERED.**

RICHARD L. LEON
United States District Judge